# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| TYREE LAWSON, | : No. 125 EM 2014 |
| Petitioner | : |
| v. | : |
| UNKNOWN ACTOR(S) OF THE CITY OF PHILADELPHIA COURT OF COMMON PLEAS OFFICE OF CLERK OF COURTS AND/OR BAIL REFUND UNIT AND BAIL COMMISSIONERS, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of October, 2014, the Petition for Writ of Mandamus is **DENIED**.